IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

CYRUS R. PIERCE                              :

      v.                                      :   CIVIL ACTION NO. AMD-02-2784

JOANNE B. BARNHART, Commissioner              :
of the Social Security Administration

                                        o0o

**ORDER**

In accordance with the foregoing Memorandum, IT IS this 6th day of Sept, 2002, by this Court, hereby ORDERED:

1. That the plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**;

2. That the Clerk of the Court **CLOSE** the file; and

3. That the Clerk of Court **MAIL** a copy of this Order, together with the foregoing Memorandum, to **the plaintiff**.

                                              /s/ Andre M. Davis
                                              ANDRE M. DAVIS
                                              UNITED STATES DISTRICT JUDGE